UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24962-CIV-RNS

LUIS MANUEL RODRIGUEZ PORRO and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
        Plaintiff, )
vs. )
)
EL CASATILLO DE LAS FRUTAS II, )
CORP., & )
RICARDO LARGO PEREZ, )
)
        Defendants. )
_____

**PLAINTIFF'S STATEMENT OF CLAIM**

      Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 6], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** February 20, 2015 through October 5, 2015
Weeks: 30 weeks
Overtime hours per week: 29 hours
Amount of half time per hour not compensated: $3.62/hr (based on hourly rate of $7.25/hr)
Total overtime wages unpaid: **$3,149.40**

**Total Overtime Wage Claim and Liquidated Damages: $3,149.40 X 2 = $6,298.80**

\*\*Plaintiff seeks all fees and costs under the FLSA.

                                      Respectfully submitted,

                                      J. H. ZIDELL, P.A.
                                      ATTORNEYS FOR PLAINTIFF
                                      300-71ST STREET, SUITE 605
                                      MIAMI BEACH, FLORIDA 33141
                                      305-865-6766
                                      305-865-7167

2

        By: /s/ Joshua H. Sheskin
        Joshua H. Sheskin, Esq.
        Jsheskin.jhzidellpa@gmail.com
        Florida Bar Number: 93028

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 12/15/16 TO:

ALL CM/ECF RECIPIENTS

        By: /s/ Joshua H. Sheskin
        Joshua H. Sheskin, Esq.
        Jsheskin.jhzidellpa@gmail.com
        Florida Bar Number: 93028