UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS MANUEL RODRIGUEZ PORRO and all
others similarly situated under 29 U.S.C.,
216(b),

        Plaintiff,

vs.

EL CASTILLO DE LAS FRUTAS II, CORP.,
RICARDO LARGO PEREZ,

        Defendants.
_____/

Case No. 1:16-cv-24962-RNS

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW the Defendants, **EL CASTILLO DE LAS FRUTAS II, CORP., (hereinafter "El Castillo") and RICARDO LARGO PEREZ, (hereinafter "Perez")** by and through their undersigned counsel, and hereby serve their Answer and Affirmative Defenses to Plaintiff's Complaint herein, and state:

1. Admitted that this Court has jurisdiction. Otherwise, denied.

2. Without knowledge, and therefore, denied.

3. Admitted that Defendant El Castillo is a corporation that regularly transacts business in Miami Dade County. Denied that El Castillo was an FLSA employer of Plaintiff.

4. Admitted that Perez is a corporate officer of Defendant El Castillo and was responsible for paying Plaintiff and controlling his work schedule. Otherwise, denied.

5. Denied that there are any acts or omissions giving rise to this lawsuit.

6. Denied.

7. Admitted that this Court has jurisdiction. Otherwise, denied.

8. Admitted.

9. Admitted that Plaintiff was employed by Defendant El Castillo. Otherwise, denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Defendants deny each and every allegation of the Complaint not specifically admitted herein.

17. Defendants demand trial by jury of all issues so triable as of right.

### **AFFIRMATIVE DEFENSES**

Defendants hereby raise the following affirmative defenses:

1. At all times herein, Plaintiff's employer was not subject to the provisions of the FLSA as its gross sales or business did not exceed $500,000 per year.

2. Plaintiff was overpaid each week by Defendant during the period of time that he was employed by Defendant such that Plaintiff's claim is frivolous and without merit.

15324306v1 A9485

3. Defendants reserve the right to amend their affirmative defenses.

Date: January 6, 2016.

Respectfully submitted,

s/ Luis A. Diz
Luis A. Diz, Esquire
Florida Bar No. 412491
Pena, Garcia & Diz, PLLC
2600 Douglas Road
Suite 920
Coral Gables, FL 33134
Telephone: 786-361-4950
Email:  ldiz@pgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

J. H. Zidell, Esquire
J. H. Zidell, P.A.
Attorneys for Plaintiff
300 71st Street, Suite 605
Miami, FL  33141
Telephone:  305-865-6766
Facsimile:   305-865-7167
Email:  zabogado@aol.com

s/ Luis A. Diz
Luis A. Diz, Esquire
Florida Bar No. 412491
Pena, Garcia & Diz, PLLC
2600 Douglas Road
Suite 920
Coral Gables, FL 33134
Telephone: 786-361-4950
Primary:  ldiz@pgdlegal.com
Secondary:  dcatti@pgdlegal.com

15324306v1 A9485